# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CHANGE OF PLEA IN  USA v. Jessica Tabuteau

CRIMINAL NO. CR218-14  AT Brunswick, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  Jessica Tabuteau , HAVING

PREVIOUSLY ENTERED A PLEA OF  Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  Guilty  TO  Count 1 (one) - lesser included

IN THE INDICTMENT.

THIS  28  DAY OF  September , 2018.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
Jessica Tabuteau  DEFENDANT

_____
COUNSEL FOR DEFENDANT
Jason Clark