# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR218-14**                             DATE **03/08/2019**

TITLE **USA v. Jessica Tabuteau**

TIMES **2:00 - 2:20**                              TOTAL **20 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**    Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**                 Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Marcela Mateo | Joseph Williams | |

PROCEEDINGS : **Sentencing**                      ☑ In Court    ☐ In Chambers

Objections - None
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and
Therefore finds total Offense Level 15 / Criminal History I / Guideline 18-24 Months /
1 -3 years - life supervised release / $7,500 - $1,000,000 fine / $100 special assessment /
No minimum - 20 years maximum
Government 2:02 - 2:03 / Defense 2:03 / Motion granted / Defense witness S/A
Kennedy 2:05 - 2:08 / Defense 2:08 - 2:10 / Government 2:10 - 2:11 / Defendant 2:12
Court - 3 years of probation with first 18 months to be served on home confinement with
18 months of probation to follow / standard, special and mandatory conditions of supervision;
drug testing /no weapons / no new violations / DNA sample / location monitoring to be
paid by defendant / subject to searches / Count 29 dismissed / appeal waiver /  no fine /
$100 special assessment.