# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division
UNITED STATES OF AMERICA

v.

JESSICA TABUTEAU,

Defendant.

CR 218-014-8

## ORDER

Before the Court is Jessica Tabuteau's motion for early termination of home confinement and supervised release, dkt. no. 685.

On September 28, 2018, Tabuteau appeared before the undersigned and pleaded guilty to conspiracy to possess with intent to distribute and to distribute a quantity of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), b(1)(C). Tabuteau's advisory guideline range of imprisonment was 18 to 24 months. Based upon substantial assistance, the Court departed downwardly and sentenced her to three years' probation. As a special condition of probation, Tabuteau was ordered to submit to home confinement and electronic monitoring for eighteen months. Tabuteau began serving her term of probation on March 8, 2019. Tabuteau now moves the Court to remove the condition for location monitoring and for early termination of her probation sentence.

AO 72A
(Rev. 8/82)

Tabuteau has completed just over twelve months of probation. She has complied with the conditions of probation, has retained full-time employment, and cares for her mother and daughter.

After thorough consideration, the Court hereby **TERMINATES** her home confinement. However, while the Court commends Tabuteau for complying with the conditions of supervision, the Court cannot overlook the potential sentence Tabuteau could have received for the offense she committed had the Court not downwardly departed. As such, the Court **DENIES** Tabuteau's motion to terminate her probation at this time. Tabuteau will be allowed to reurge her motion after she has completed eighteen months of her probation term.

**SO ORDERED**, this 23 day of March, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)