PROB 35  
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**



FILED  
John E. Triplett, Acting Clerk  
United States District Court  

By CAsbell at 10:36 am, Dec 01, 2020

UNITED STATES DISTRICT COURT  
FOR THE  
SOUTHERN DISTRICT OF GEORGIA  
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.   Crim. No.   2:18CR00014-8

Jessica Tabuteau

On March 8, 2019, the above named was placed on probation for a period of three years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

_Thomas Hutchinson_  
Thomas Hutchinson  
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __30__ day of __November__, 2020.

_Lisa Godbey Wood_  
LISA GODBEY WOOD  
UNITED STATES DISTRICT JUDGE